No. 6103.—American Colonial Bank of Porto Rico, apldo., *v.* J. Octavio Seix & Co., Inc. aplte.—C. D. San Juan. ▆▆▆▆ ▆▆▆▆ Enero 19, 1933.

(Por la corte, a propuesta del Juez Presidente Señor del Toro.)

A la moción de la parte apelada de diciembre 6, 1932, vista en enero 9, 1933, no apareciendo que la apelación sea enteramente frívola, no ha lugar.

No. 6192.—Negrón, apldo. *v.* Sucn. del Dr. Izquierdo Serrano, etc., aplte.—C. D. Bayamón. ▆▆▆▆ Enero 25, 1933.

(Por la corte, a propuesta del Juez Asociado Sr. Córdova Dávila.)

No estando convencidos de que el recurso de apelación sea frívolo, se declara sin lugar la moción de la parte apelada para que se desestime la apelación.